## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

| | | |
|---|---|---|
| **VERIZON SOUTH INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v** | ) | |
| | ) | |
| **CHEROKEE OWLE; EASTERN BAND OF** | ) | **CIVIL NO. 2:06-CV-029** |
| **CHEROKEE INDIANS CHEROKEE COURT;** | ) | |
| **and JUDGES OF THE EASTERN BAND OF** | ) | |
| **CHEROKEE INDIANS CHEROKEE COURT,** | ) | |
| **in their official capacities,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Jennifer K. Hardy and Patrick F. Philbin of the law firm of Kirkland & Ellis LLP to appear as counsel for the plaintiff in this matter filed on November 6, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Jennifer K. Hardy and Patrick F. Philbin are hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: November 7, 2006

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge

Dockets.Justia.com